

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00752-CV

**IN RE THE CINCINNATI INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On October 24, 2019, relator filed a petition for writ of mandamus, which included a request to stay all trial court proceedings. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot.

It is so **ORDERED** on November 6, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
Luz Estrada,
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 18-10-36490-MCV, styled *Ronnie Villanueva v. Juan Fernandez, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.